No. 73–1162.  UNITED STATES *v.* WILSON ET AL.  C. A. 2d Cir.  [Certiorari granted, 416 U. S. 981.]  It is ordered that John S. Martin, Jr., Esquire, of New York, New York, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent Bryan in this case.